**Order entered August 21, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00864-CV

## IN THE INTEREST OF S.H.V. AND P.J.V.C., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-00307**

## ORDER

We **GRANT** appellant's August 19, 2013 motion for an extension of time to file a brief **TO THE EXTENT** that appellant shall file her brief on or before **September 20, 2013**. We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE